UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMBROISE TANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 1:21-cv-11909-LTS |
| PERICO IMPLANTS NORTH INCORPORATED DBA THE PERICO GROUP and JM COHEN LAW, PC; and DOES 1 to 10, inclusive, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ambroise Tano voluntarily dismisses Defendant Perico Implants North Incorporated with prejudice, with all rights of appeal waived, and each party bearing its own costs and attorneys' fees.

March 8, 2022

Respectfully Submitted,

/s/ Nicola Yousif
Nicola Yousif (BBO# 679545)
nick@yousiflaw.com
Matthew A. McKenna (BBO# 705644)
matt@yousiflaw.com
The Law Office of Attorney Nick Yousif
157 Belmont St.
Brockton, Massachusetts 02301
Telephone: (508) 588-7300
*Counsel for Plaintiff Ambroise Tano*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2022, a true copy of the above document, including attachments, was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users, and paper copies will be sent to those indicated as non-registered participants.

                                                 /s/ Matthew A. McKenna  
                                                 Matthew A. McKenna (BBO# 705644)