UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| AMBROISE TANO, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-11909-LTS |
| PERICO IMPLANTS NORTH INCORPORATED DBA THE PERICO GROUP and JM COHEN LAW, PC; and DOES 1 to 10, inclusive, | ) |
| Defendants. | ) |

---

## NOTICE OF SETTLEMENT AS TO DEFENDANT JM COHEN LAW, PC

PLEASE TAKE NOTICE that Plaintiff Ambroise Tano ("Plaintiff") and Defendant JM Cohen Law, PC have reached a settlement in principle of all claims between them. Plaintiff and JM Cohen Law, PC are in the process of completing the final settlement documents. The appropriate documents to formally dismiss JM Cohen Law, PC from this case are expected to be filed within sixty (60) days. Plaintiff and JM Cohen Law, PC requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated this 8th day of September, 2022

By: */s/ Nicola Yousif*

Nicola Yousif (MA #679545)
Matthew A. McKenna (MA #705644)
157 Belmont St.
Brockton, MA 02301
Telephone:  +1 (508) 588-7300
Facsimile:   +1 (508) 588-7303
nick@yousiflaw.com
matt@yousiflaw.com

*Attorneys for Plaintiff*
*Ambroise Tano*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all parties via their counsel of record.

/s/ Matthew A. McKenna